IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MAL NGOY,<br><br>      Plaintiff,<br>v.<br><br>ALBERTO GONZALES, MICHAEL CHERTOFF, GLENN TRIVELINE and FNU LNU,<br><br>      Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:15-cv-561-DN-DBP<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin Pead on December 14, 2015 recommends that Plaintiff's petition be dismissed as moot.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

---

[1] Docket no. 7, filed December 14, 2015.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

The Clerk shall close the case.

Signed January 25, 2016.

BY THE COURT

_____
District Judge David Nuffer